Eva H. Heuer, Appellant, v. Paul H. Davis et al., Appellees.

Gen. No. 44,283.

opinion filed December 30, 1948; rehearing denied January 18, 1949; released for publication January 18, 1949. Wellington G. Brown, for appellant; Campbell, Clark & Miller, for appellees; Henry Synek, J. Arthur Miller and Edgar Vanneman, Jr., of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

